1:04CV0232

(Rev.3/98)

Gordon J. Quist — Hugh W. Brenneman, Jr.
U.S. District Judge — U.S. Magistrate Judge

FILED (GR)
U.S. District Court Clerk
Ronald C. Weston, Sr.
APR -1 2004

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | Western - Michigan |
|---|---|---|
| Name: Joseph Marion Head Jr. | Prisoner No. 17549-056 | Case No. (Official Use Only) 74CR2483 |

Place of Confinement: N-1-Fed. Med. Center Devens - P.O. Box 879 - Ayers, Mass. Zip code 01432

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Joseph Marion Head Jr. | v. State of North Carolina |

The Attorney General of the State of: North Carolina

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: **Superior Court of Rutherford County North Carolina**

2. Date of judgment of conviction: **August 1976**

3. Length of sentence(s): **35 years consecutive to 10 years**

4. Nature of offense involved (all counts): **N.C.G.S. 14-21, Second Degree Rape**

5. What was your plea? (Check one) **Court Entered The Plea of Not Guilty**
   (a) Not guilty ☐
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one) **Judge and D.A. Selected The Jury, Not Petitioner, Double Jeopardy.**
   (a) Jury ✓
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ✓ **Was Not Allowed To (Forced Self Representation)**

(2)

(Rev.3/98)

8. Did you file a direct appeal from the judgment of conviction?
   Yes ☑ No ☐ *Attorney Did Not Present Grounds on the appeal as he said He Would.*

9. If you did appeal, answer the following:
   (a) Date you filed _See Records of Ct. App. N.C._
   (b) Name of court _N.C. Court of Appeals_
   (c) Result _See Records of Th. Ct. App. N.C._

   (d) Date of result and case number _See Records of Th. Ct. App. N.C._
   (e) Grounds raised _See Records of Ct. App. N.C._

   **Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

   (f) If you sought further review of the decision on appeal by a higher state court, please answer the following:
      (1) Date you filed _See Records of N.C. Supreme Ct._
      (2) Name of court _N.C. Supreme Court_
      (3) Result _Certiorari Denied In Conference_

      (4) Date of result and case number _See Records of N.C. Sup. Ct._
      (5) Grounds raised _See Records of N.C. Sup. Ct._

   **Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

   (g) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:
      (1) Date you filed _See Records of U.S. Sup. Ct._

(3)

(Rev.3/98)

    (2) Result *See Records of U.S. Sup. Ct.*

    (3) Date of result and case number *See Records of U.S. Sup. Ct.*

    (4) Grounds raised *See Records of U.S. Sup. Ct.*

10. Did you file a motion for relief from judgment pursuant to Subchapter 6.500 of the Michigan Court Rules with respect to the judgment of conviction and sentence?
Yes ☐ No ☑ *Don't know what it is.*

11. If your answer to 10 was "yes," give the following information:

  (a) (1) Date you filed the motion for relief from judgment _____

    (2) Name of court _____

    (3) Result _____

    (4) Date of result and case number _____

    (5) Grounds raised _____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

  (b) If you sought further review of the decision in the Michigan Court of Appeals, please answer the following:

    (1) Date you filed _____

    (2) Result _____

    (3) Date of result and case number _____

    (4) Grounds raised _____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(Rev.3/98)

(c) If you sought further review of the decision in the Michigan Supreme Court, please answer the following:

(1) Date you filed _____

(2) Result _____

(3) Date of result and case number _____

(4) Grounds raised _____

_____

_____

_____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

12. Other than a direct appeal or a motion for relief from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ✓  No ☐

13. If your answer to 12 was "yes," give the following information: **[Attach additional sheets of paper, if necessary, to answer the following for each petition, application, or motion you filed.]**

(a) (1) Date you filed *See Court Records, State and Fed.*

(2) Name of court *Sup. Ct. Rutherford Co. N.C., Fed. Ct. N.C.*

(3) Nature of proceeding *See Court Records*

(4) Grounds raised *See Court Records*

_____

_____

_____

(5) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ✓

(6) Result _____

(7) Date of result and case number _____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(Rev.3/98)

(b) Did you appeal to the highest court having jurisdiction the result of action taken on any petition, application or motion? Yes ☐ No ☐ *Filed Certiorari, Etc. See, Ct. Rec.*

If yes, please provide the following:

(1) Date you filed *See Ct. Rec.s*

(2) Name of court *See En. State and Fed. Ct. For N.C.*

(3) Result *See Ct. Records*

(4) Date of result and case number *See Court Records*

(5) Grounds raised *See Court Record*

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(c) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: *Filed Certiorari, Did Not Know I could appeal, other than To Fourth Cir. Ct. App.*

14. State *concisely* every ground on which you claim that you are being held in violation of federal law. Such grounds should be limited to federal claims because a federal court may not issue a writ of habeas corpus on the basis of a perceived error of state law. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same. CAUTION:    In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(Rev.3/98)

((c)) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
((d)) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
((e)) Conviction obtained by a violation of the privilege against self-incrimination.
((f)) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
((g)) Conviction obtained by a violation of the protection against double jeopardy.
((h)) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
((i)) Denial of effective assistance of counsel.
((j)) Denial of right of appeal. _Attorney Did Not Present Ground on the Appeal_

A. Ground one: _Each Ground Circled Herein Above and as further appears of Court Records_

Supporting FACTS (state *briefly* without citing cases or law) _See Complete State and Federal Court Records of and Relating to the Instant case 74CR2403 and all others relating thereto._

B. Ground two: _Each Ground Prior Spoke and all Wrote From 1974 Forward As Applies_

Supporting FACTS (state *briefly* without citing cases or law): _See all Prison, Medical, Phy. Jails, Courts, Etc, Records and all Records and known relating thereto, To Enclude Prison cop outs, 8'n o's, Etc. And all the Prison Records that Relates to this case._

C. Ground three: _Petitioner is and Was Kidnapped By Judicial Processes as Relating Thereto_

Supporting FACTS (state *briefly* without citing cases or law): _See All Known_

(7)

(Rev.3/98)

Records and Nouns Relating To Each of Petitioners State and Federal Cases and civil Actions and Domestic Matters and cases. From 1946 Forward.

D. Ground four: There is and was a Systematical Consperisey against Petitioner

Supporting FACTS (state *briefly* without citing cases or law): See all known records and nouns and all records and nouns relating thereto as relates to Petitioner and his prison cases and suits to include medical and Phys., Etc..

15. If any of the grounds listed in 14 A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: See the attached Sheets of Paper (copies) herewith.

16. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ✓ No ☐   If yes, please state the court and the case number See all State and Fed. Ct. Records, Etc...

17. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Robert W. Wolf - 12 South Broadway St., Forest City, N.C.

(8)

(Rev.3/98)

(b) At arraignment and plea _Forced Self Representation at the 3rd Trial._

(c) At trial _Forced Self Representation at the 3rd Trial._

(d) At sentencing _Forced Self Representation at the 3rd Trial._

(e) On appeal _Last Appeal James H. Burr well for Rutherford County_

(f) In any post-conviction proceeding _None_

(g) On appeal from any adverse ruling in a post-conviction proceeding _None_

18. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☒

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒ No ☐

   (a) If so, give the name and location of court which imposed the sentence to be served in the future: _U.S. F.D.Ct., W.D.N.C., Ashe. Div._

   (b) Give the date and length of the above sentence: _See Court and Prison Records._

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒ No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_3-22nd-04_                    _Joseph Marion Head_
   (date)                        Signature of Petitioner

(9)