Reasons Why The New Grounds Asserted Should Be Reviewed By The Court.

The petitioner herein was not represented by counsel prior, and did not know of or understand the legal significance of the facts giving rise to the new claims, at the time of the prior petition was filed. Petitioner is a novice to laymen at law and has no professional training in law.

The court must allow the new grounds of petitioner for the reasons aforesaid and for the court to deny same, having knowledge of the aforesaid which legally justifies the reasons not having been put further prior, as the court knows, would violate the laws and constitutions of the United States of America and or of the States thereof, and the Human Rights for which they legally apply thereto. Further would constitute Kidnapping Petitioner By Federal Powers, Resisted Who is a Rebel, Johnson v. 18 U.S.C. 1201 - Deprivation of Liberty Without Due Process or Equal Protection of Law, or Without Judicial Protection Afforded Against Acts, Etc. That Violates Fundamental and or Other Rights or Privileges or Human Rights To Include To Personal Liberty and Freedom of Movement in Residence.

United States Laws And Constitution As Applies And As May Be Applied To The Aforesaid Herein And Relating Thereto.

Unconstitutional Restraint of Liberty without Due Process of Law, and Equal Protection of Laws.

The petitioner was not represented by counsel and did not know of or understand the legal significance of the facts giving rise to the new claim at the time of the prior petition was filed. Petitioner is and was a laymen at law and has no legal training in law. U.S. Const. Amend. 1, 4, 5, 6, 8, 14, N.C. Const. Art. 1 Sec. 19, 21, 23, 27, Human Rights that are Protected by said Constitutional Rights and By the American Convention on Human Rights.

The aforesaid as relates and applies and as may be applied to, inmate Heads prior and present court cases, State and Federal courts cases and to the prior and present judgments and orders of the Courts and Nouns relating thereto, internally and externally.

To include as applies to Strickland VS Washington and N.C.S.B. Canon EC 7-1-3-1, 2, 3, N.C.G.S. 17-8, 18 U.S.C. 1201.

The court must allow the new claims for to deny allowing same, having knowledge of the aforesaid which legally justifies, as the court knows, violates the Const. amend. aforesaid and others as applies thereto and to the Human Rights aforesaid as known by the court, prior and present. N.C.G.S. 17-8, Etc.