UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Case Caption: Head #17549-056 v. North Carolina, State of
Case Number: 1:04-cv-232                    Judge: Gordon J. Quist

To:    Joseph Marion Head #17549-056

## NOTICE REGARDING NEW CASE and PUBLIC ACCESS

**The Court has determined that <u>all</u> civil cases filed on or after August 1, 2001 will be maintained electronically in the Court's Case Management/Electronic Case Files (CM/ECF) system. The CM/ECF system is capable of accepting electronic filings over the Internet. In addition, all documents that are filed on paper will be scanned by the Clerk's office and placed into the CM/ECF system for electronic access. Electronic filing and service is governed by Local Civil Rule 5.7.**

While electronic filing is not mandatory, the Court encourages electronic filing and will discuss the parties' readiness for electronic filing at the Rule 16 conference.

**This action has now been entered into the CM/ECF system.** Current information on this case is now available through Public Access to Court Electronic Records (PACER) or via the Court's web site (www.miwd.uscourts.gov). **Any subscriber to PACER will be able to read, download, store and print the full content of all documents filed in this matter, whether they are filed on paper or electronically. The Court will not make electronically available documents that have been sealed or otherwise restricted by Local Rule or Court order.**

You should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case. Any sensitive information not otherwise protected will be available over the Internet via PACER. If sensitive information must be included in the filing, the following personal data and identifiers must be redacted from the pleading, whether it is filed traditionally or electronically: Social Security numbers, financial account numbers, dates of birth and the names of minor children. Redaction of personal identifiers is not required for certain documents (see Local Civil Rule 10.7).

In compliance with the E-Government Act of 2002, a party wishing to file a document containing the personal data identifiers specified above may file an unredacted document under seal. This document will be retained by the court as part of the record. The party is nevertheless required to file a redacted copy for the public file.

In addition, exercise caution when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records, treatment and diagnosis; (3) employment history; (4) individual financial information; and (5) proprietary or trade secret information.

Revised 3/1/04

Counsel is strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. If a redacted document is e-filed, it is the sole responsibility of counsel and the parties to be sure that all pleadings comply with the rules of this court requiring redaction of personal data identifiers.

**Court Orders and Notices**   The Court will issue its orders and notices electronically to all registered counsel. The Court will send its orders and notices through regular U.S. mail to all counsel who have not registered. Parties who are not represented by counsel will be sent Court orders and notices through regular U.S. mail.

**Service of Documents**

**Documents filed on paper by non-registered attorneys and pro se parties.**   All documents filed with the Court on paper must be served on other parties on paper in the traditional manner pursuant to the applicable Federal and Local Rules.

**Documents filed on paper by registered attorneys.**   When a registered attorney does not use the electronic filing capabilities of the system and instead files documents with the Court on paper, the attorney must serve those documents in the traditional manner pursuant to the applicable Federal and Local Rules. Scanning of your documents by the Court and the resulting electronic notice by the Court does not constitute service upon the other parties in the case.

**Documents filed electronically.**   When a document is filed electronically, a Notice of Electronic Filing will be generated by the system and will indicate which counsel have been served electronically. If opposing counsel has registered, they will be served electronically and no further service upon them is necessary. If opposing counsel has not registered, or if you are filing paper documents, then the document must be served upon that counsel on paper in the traditional manner pursuant to the applicable Federal and Local Rules.

**Help Desk**   The Clerk's Office has established an Electronic Filing Help Desk to answer questions and to provide assistance should difficulties arise. The Help Desk can be reached by phone at (616) 456-2206, toll-free at (800) 290-2742, or via e-mail at ecfhelp@miwd.uscourts.gov. The Help Desk is staffed weekdays from 8:00 a.m. until 5:00 p.m.

**Additional Information**   Additional information and materials are available on the Court's website (www.miwd.uscourts.gov). On the website, you will find Local Civil Rule 5.7, an electronic filing registration form, an on-line tutorial, a User's Guide, FAQ's and more.

**Ronald C. Weston, Sr.**
**Clerk of Court**

| | | | |
|---|---|---|---|
| 399 Federal Building | P.O. Box 698 | B-35 Federal Building | 113 Federal Building |
| 110 Michigan St., N.W. | 229 Federal Building | 410 W. Michigan Ave. | 315 W. Allegan |
| Grand Rapids, MI 49503 | Marquette, MI 49855 | Kalamazoo, MI 49007 | Lansing, MI 48933 |