# UNITED STATES DISTRICT COURT

_Western_ District of _Michigan_

Joseph Marion Head Junior
17549-056
Plaintiff

v.

State of North Carolina
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

04 APR 27 AM 10:40

CASE NUMBER: 1:04-CV-232
Honorable Gordon J. Quist

I, _Joseph Marion Head Junior_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. _See Ct. Records_

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _F.M.C. Devens Mass._
   Are you employed at the institution? _?_    Do you receive any payment from the _?_
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No  _See Prison Records_

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _See Prison Records_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No   _See Prison_
   b. Rent payments, interest or dividends    ☐ Yes    ☐ No   _Records_
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments    ☐ Yes    ☐ No
   e. Gifts or inheritances    ☐ Yes    ☐ No   _See Ct. Rec._
   f. Any other sources    ☐ Yes    ☐ No   _Also_

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts? See Court Records ☐ Yes ☒ No

   If "Yes," state the total amount. See Court Records

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? See ☒ Yes Court ☐ No Records

   If "Yes," describe the property and state its value.

   See Court Records

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   See Court Records

I declare under penalty of perjury that the above information is true and correct.

4-20-04                Joseph Marion Head Junior
_____            _____
   Date                    Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.