# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 17549056 | **Current Institution:** | Devens FMC |
| **Inmate Name:** | HEAD, JOSEPH | **Housing Unit:** | N UNIT |
| **Report Date:** | 04/20/2004 | **Living Quarters:** | N04-423L |
| **Report Time:** | 10:31:29 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 4/15/2004 2:01:13 PM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

**FRP Plan Type**   **Expected Amount**   **Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $0.06 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.06 |
| National 6 Months Deposits: | $20.00 |
| National 6 Months Withdrawals: | $79.18 |
| National 6 Months Avg Daily Balance: | $37.10 |
| Local Max. Balance - Prev. 30 Days: | $0.06 |
| Average Balance - Prev. 30 Days: | $0.06 |
| Inmate Qualifies for OTC Medication | |

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $79.18
Last Sales Date: 4/15/2004 2:01:13 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: