

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

229 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

B-35 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

E-filing Help Desk:
(616) 456-2206
(800) 290-2742
ecfhelp@miwd.uscourts.gov

May 17, 2004

USDC for the District of Massachusetts
2300 United States Courthouse
One Courthouse Way
Boston, MA 01103

    RE:    Head v State of North Carolina
            Our Case No. 1:04-cv-232  Hon. Gordon J. Quist

Dear Court Personnel:

Pursuant to the enclosed Order of Transfer to the USDC, District of Massachusetts filed 5/17/04, we are herewith sending the following:

1. Certified copy of Order of Transfer;

2. Certified copy of our docket sheet; and

3. The following documents that are not available electronically:

    None

The remaining documents that make up the case file are available electronically. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov to obtain the information necessary to retrieve the electronic documents.

**Please acknowledge receipt** of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

    Sincerely,

    Ronald C. Weston, Sr., Clerk

    /s/ E. Copple

    By:  Deputy Clerk

Enclosures

cc:    All counsel
       File