**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.  04-11120-PBS

Title:  Head v. State of North Carolina

**N O T I C E**

Pursuant to Local Rule 40.1(I), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Saris has been reassigned Judge Stearns for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials  RGS .

Thank you for your cooperation in this matter.

                                                    TONY ANASTAS
                                                    CLERK OF COURT

                                    By:    /s/ Barbara Morse
                                                    Deputy Clerk

Date:  6/9/04

(Notice of LR 40.1 Reassign.wpd - 3/15/02)                                    [ntccsasgn.]