UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,                 )
            Petitioner,       )
                                   )
        v.                         )  Civil Action No. 04-11120-
RGS
                                   )
STATE OF NORTH CAROLINA            )
            Respondent.       )


ORDER OF DISMISSAL

    In accordance with this Court's Memorandum and Order

dated June 10, 2004, it is ordered that the within action be

and it is hereby dismissed.



                                    By the Court,



Dated: 6/14/04              By /s Barbara Morse
                                   Deputy Clerk