United States District Court
For The District of Boston Mass.
Case Number _____

FILED
CLERKS OFFICE
2004 JUN 15 P 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

Joseph Marion Head Junior
Prison Number 17549-056
VS
United States Of America
Respondents

Joseph Marion Head Junior
Prison Number 17549-056
Respondents North Carolina
And United States Of America

Motion For
Compensation In The
Case Of Final Sentencing
Through A Miscarriage
Of Justice And For All
Time Spent In Custody And
Incarcerated From 1973
Forward

Now Comes, Joseph Marion Head Junior, Prison Number 17549-056, movant herein, who pro se, respectfully moves the court aforesaid and further moves the United States Department of Justice Prosecute Relating To The Aforesaid As A Kidnaping By Judical Process, Processes and Or Relating Thereto And Consperiecy As Applied.

See, Read, Etc. Each Court and Prison Records and etc records, persons, places and things relating to the aforesaid and all laws etc. which legally applies thereto.

Signed Joseph Marion Head Junior 17549-056
June 10th. 2004
N-4 Cell 423 - Fed. Med. Center Devens
Ayers - Mass. 01432

United States District Court
For The District of Boston Mass.

Joseph Marion Head Junior, | Complaint,
Plaintiff | Informa Pauperis
VS | Based, Prison, Ct., Records,
United States of America | Case No. _____
And The States Thereof
And Gov. Employees Thereof,
Defendants, In Each of
Their Compasities Libal, Herein.

## Jurisdiction

The Court has jurisdiction herein pursuant to the provisions of laws and constitution and Human Rights as legally applies hereto, to enclude Rule 57 Fed. R. Civ. Proc. and 28 U.S.C. 2201 and 2202, 2241, 2244, 2255, 2254, 18 U.S.C. And 42 U.S.C., As May Be Applied Hereto.

## Plaintiff

Plaintiff herein is Joseph Marion Head Junior 17549-056 who is a carcausion, male born on December Second 1946, Gastonia, North Carolina, of The United States of America, Who is presently hused in the Federal Medical Center Devens, Mass. Post Office Box 879, Ayers, Mass. 01432, In The Custody of The Warden Thereof Pursuant to Judgments and Committment of Orders of The United States District Courts And Judges Thereof And Therefore.

2

## Defendants

Defendants Herein a/s The United States of America And The States Thereof And The Government Employees Thereof To Which The Claims, Grounds Etc. Related Herein And Asserted Herein, Relates And Applies To, Prior, Present, Hereinafter.

Claims And Grounds Asserted And Presented Herein Without The Legal Assistence of a Person, Etc. Trained In Law, Etc.. Plaintiff is and was a laymen at law and is forced to proceed pro se himself in forma pauperis by the Defendants herein and or by others known by the defendants herein.

## Claims And Grounds

(1)

The Commentment orders as applied to plaintiff by the defendants violated plaintiff's Constitutional and civil and Human Rights and Priviledges, as known by the Defendants and other Persons, Places, Things, World Wide, of Each Nation And Nouns Thereof.

(2)

Defendants is and was keeping plintiff prisoner and in custody, in the Status and purpose as related of Prison, medical, phy, court

records and records, persons, places, things, relating thereto and hereto, as camiflage or false pretents, of the real purpose by defendents in a consperice, etc. to musipulate the World, Nations and persons, places and things and plaintiff herein and his family and friends prior and present and for purpose of illegal seraches and sezerso, persons, places, things of aforsaid. To enslude in the stadus of, inmates, prisoners, etc. in which they fuckrian, prior, present, etc.. Governmental and Institutional and Medical, Phy. and Religest, consperice against Plaintiff and others from and relating to plaintiff criminal and civil court records and records, persons, places, things, relating thereto, inturnally and exturnally, each system of Defendants and Etc. World Wide, as known of and as may be learned, Thereby and Relating Thereto Violates, Violating, Will And May Violate The Fundamental And Other Rights And Priviledges Of Plaintiff And or of Plaintiffs Personal Family And Personal Friends, Prior, Present, Etc..

Relief And Release DeManded Pro Se Herein By Plaintiff Himself

4

1 - Leave to proceed in forma pauperis herein and in all matters, etc, and appeals relating hereto.

2 - Appoint Hereto The Best Legal Defense Systems, Persons, Places and Things, World Wide, To Represent This complaint fully and to obtain all, criminal, civil, tort, and domestic, relief, known to persons, places and things, Human and Otherwise, Authorized, Etc. by laws etc. of the Defendants and of other persons, places and things relating thereto and hereto.

3 - That Defendants Be Ordered into ~~proverity and forced to work as slaves of plaintiff~~, hereinafter and as prisoners of plaintiff hereinafter and each be forced to ware one color of uniform so the world will know who and what they are and was and who's they are now and why. This Be showed on all tellivision systems world wide, and related on redios all systems of news, books, papers, etc..

4 - The Courts and World And all Nations Thereof, Force Plaintiff to be lawfully Released From custody, charges, convictions, sentences, commitments and Provided all the, criminal, civil, tort, Domestic, Relief and

Power, Wealth, Authority, Jurisdiction, Plaintiff is legally and rightfully entitled, based on who and what plaintiff is and was, from begining of time forward as known and as may be learned of relating hereto by computers, etc. research etc. of and by each, Nation, World, system, person, place and thing. Futher order Defendants to build new prisons world wide in the shape of the letters which spells plaintiffs full name, to house Defendants herein and pesons and things relating thereto in, forever. Futher Be Ordered and forced to build for plaintiff all buildings etc. prior asked for and demanded by plaintiff himself.

(5) Plainiff be Ordered Lawfully Released from Custody, conviction, sentences, commitments without Delay, And Be Provided Luxary Astates Etc. To Abod on With His Personal Familey and Friends Prior and Present Outside of Prisons.

(6) That Each Noun, Person, Place, Thing, That Had sex with, Plaintiff's childrens mothers and plaintiffs daughter, in the past 35 years, be put to death, and all that allowed it, ordered and could have prevented it and did not, be put to death, also.

6

7- That Defendants be Ordered not to ever have sex again with men or women, girls or boys, Nor be allowed to abod with their spouses and families, for the next 1,000 years.

8- That all girls and women in the poverty Nations be sent to each United States Armed Forces Base, To work and abod and serve as female armed forces personal as needed and as assigned world wide.

9- Each Nation And World, Force The Aforesaid To Be Ordered Within One Week from date of this complaint, If not Done, all Nations and World's Declare War On All Defendants herein and relating hereto and put each of same in prisons forever.

10- Each Prisoners Familey Be Assigned To U.S.A. Armed Forces.

10- Each Nation And World Be Ordered To Sirender To Plaintiff pursuant to Federal Rule 57 Civil Procedure, Or War Be Declared On Same By The Rest of The World And Each Nation, System and Person Place and Thing thereof. This Be Done Within One Week Hereof.

Joseph Marion Head Junior, as the World and Each Nation Knows Him, Past, Present, Hereinafter, Himself, Luke 2, 25 - 40, const., 1 ch., 11-v-3 Issi. 6-1,2,3, Roman 11v33, ch.13